UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Roger Brown, | ) | Civil Action No.: 4:24-cv-03007-JD-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
| | ) | |
| Coastal Carolina University, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, the parties below in the above-referenced action have reached a satisfactory resolution of the issues contained therein and wish to end the same pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, and

WHEREAS, all parties hereto agree to bear their own costs and expenses associated with this action, NOW THEREFORE,

KNOW ALL MEN BY THESE PRESENTS, that the parties hereto, by and through their undersigned counsel agree to dismiss the Complaint in this action with prejudice.

WE SO STIPULATE:

| | |
|---|---|
| S/PHEOBE A. CLARK | S/ SAMUEL F. ARTHUR, III |
| PHEOBE A. CLARK, FED. ID #9888 | SAMUEL F. ARTHUR, III, FED. ID #7070 |
| Wukela Law Firm | Aiken, Bridges, Elliott, Tyler & Saleeby, P.A. |
| P. O. Box 13057 | PO Drawer 1931 |
| Florence, SC  29504 | Florence, SC  29503 |
| Telephone:  843.669.5634 | Telephone:  843.669.8787 |
| Fax:         843.669.5150 | Fax:         843.664.0096 |
| pclark@wukelalaw.com | sfa@aikenbridges.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

    I hereby certify that the **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically on January 15, 2025 and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same and satisfies the requirements of S.C.R.C.P. 5(b)(2)(D). The following parties were served via ECF:

    Pheobe A. Clark, Esquire
    Wukela Law Firm
    P.O. Box 13057
    Florence, SC  29504

    S/SAMUEL F. ARTHUR, III
    SAMUEL F. ARTHUR, III

(37489)